IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY HICKMAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. 19-1634 |
| | ) | Judge Schwab |
| ROSEDALE TECHNICAL COLLEGE, | ) | Magistrate Judge Dodge |
| Defendant. | ) | |

## **Order**

On January 2, 2020, the Magistrate Judge filed a Report and Recommendation (ECF No. 4), recommending that the Complaint filed in this case (ECF No. 3) by Plaintiff Gregory Hickman be dismissed for lack of subject matter jurisdiction. Plaintiff was notified that objections were due by January 21, 2020. To date, no objections have been filed.

AND NOW, this 6th day of February 2020, it is hereby ORDERED that the Complaint in this case (ECF No. 3) is dismissed for lack of subject matter jurisdiction. The Report and Recommendation filed on January 2, 2020 (ECF No. 4) is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if Plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

s/ Arthur J. Schwab

ARTHUR J. SCHWAB
United States District Judge

cc: Gregory Hickman
526 Park Ave
Pittsburgh, Pa 15221